IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SHAYNEN JONES,

        Plaintiff,

v.                                  CIVIL ACTION NO. 3:20-0786

MARSHALL UNIVERSITY BOARD OF GOVERNORS
d/b/a MARSHALL UNIVERSITY;
STEPHANIE BALLOU, an individual; and
MAURICE COOLEY, an individual,

        Defendants.

## ORDER

Pending before the Court is Plaintiff Shaynen Jones's Motion to Remand. ECF No. 9. The Motion asks the Court, after consideration of the Defendants' Motions to Dismiss, to remand any claims that the Court finds it lacks subject matter jurisdiction over due to Eleventh Amendment immunity. *Id.* at 1.

In a contemporaneous order on the Defendants' Motions to Dismiss, the Court found that Defendant Marshall University Board of Governors could not claim Eleventh Amendment immunity against Plaintiff's state law claims. Accordingly, the Court **DENIES AS MOOT** Plaintiff's Motion.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       July 1, 2021

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE