IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

SHAYNEN JONES,
a West Virginia Resident,

        Plaintiff.

v.                                  CIVIL ACTION NO. 3:20-cv-00786

MARSHALL UNIVERSITY BOARD
OF GOVERNORS d/b/a MARSHALL UNIVERSITY;
STEPHANIE BALLOU, an individual; and,
MAURICE COOLEY, an individual,

        Defendants.

## AGREED ORDER OF DISMISSAL

This day came the Plaintiff, Shaynen Jones, by counsel, David K. Hendrickson, Barbara A. Samples, Eric A. Arnold, and the law firm of Hendrickson & Long, PLLC, with Shawna White and the Disability Rights of West Virginia, and Defendant Marshall University Board of Governors, by and through its counsel, Eric D. Salyers of Oxley Rich Sammons, PLLC, and represented to the Court that all remaining claims and matters in controversy between and amongst the parties have been compromised, agreed upon, and settled. As a result, the parties jointly moved the Court to dismiss this action **with prejudice**.

Having received no objection and the parties agree, it is **ORDERED** that this action be **dismissed with prejudice** with each party to bear their own respective attorney's fees and costs of action.

The Court directs the Clerk transmit copies of this Order to counsel of record in this proceeding.

ENTERED: 9/21/21

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

1

**Prepared by:**

s/*Eric D. Salyers*
Perry W. Oxley (WVSB #7211)
David E. Rich (WVSB #9141)
Eric D. Salyers (WVSB #13042)
Oxley Rich Sammons, PLLC
517 9th Street, Suite 1000
Huntington WV 25701
304-522-1138
304-522-9528 (fax)
poxley@oxleylawwv.com
drich@oxleylawwv.com
esalyers@oxleylawwv.com
*Counsel for Defendant Marshall University Board of Governors*

**Agreed to by:**

/s/ *David K. Hendrickson*
David K. Hendrickson
Barbara A. Samples
Eric A. Arnold
HENDRICKSON & LONG, PLLC
214 Capital Street
P.O. Box 11070
Charleston, WV 25339
*Co-Counsel for Plaintiff*

Shawna White
DISABILITY RIGHTS OF WEST VIRGINIA
Suite 400
1207 Quarrier Street
Charleston, West Virginia 25301-1845
swhite@drofwv.org
*Co-Counsel for Plaintiff*